UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DENNIS STRONG**                                                              **CIVIL ACTION**

**versus**                                                                           **NO. 08-187**

**RICHARD STALDER,** *et al.*                                           **SECTION: "I" (1)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby overrules petitioner's objections and approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's federal law claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

**IT IS FURTHER ORDERED** that petitioner's state law claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that petitioner's motion to dismiss (Rec. Doc. No. 6) is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 30th day of January, 2008.

UNITED STATES DISTRICT JUDGE